**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01195-CV

### IN RE: STEWART PHILLIP MCCRAY, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-02559**

## ORDER

The Court has before it relator's motion to release bond. On November 7, 2013, this Court issued a memorandum opinion and a writ of habeas corpus in the above case releasing relator from the bond posted to this Court by our order of August 28, 2013, and ordering relator unconditionally released and discharged from the custody of the Sheriff of Dallas County. The writ, however, did not specifically direct that the bond amount be returned to relator. Accordingly, pursuant to this Court's November 7, 2013 opinion and writ of habeas corpus, relator's motion is **GRANTED**. The Dallas County Sheriff is **ORDERED** to release the $10,500 cash bond posted by relator in the case styled *In the Matter of the Marriage of Stewart Phillip McCray and Nikki Slaughter McCray*.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/ LANA MYERS
   JUSTICE